

**George Latimer**
**County Executive**

**Office of the County Attorney**

**John M. Nonna**
**County Attorney**

> Application granted. Plaintiff's response to defendants' pre-motion letter shall be filed by 3/1/2023.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 17, 2023

**<u>Via ECF</u>**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
The Charles L. Brieant Jr. U.S. Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

**<u>Re: Sanchala v. 230 Garth Road Owners, et al., 22-cv-7963 (PMH)</u>**

Dear Judge Halpern:

This Office represents Plaintiff in the above-referenced matter. I am writing in response to your Order of today, in which you set a deadline of February 22, 2023 for Plaintiff to submit its response to Defendants' pre-motion letter.

The parties have been working to resolve this matter since my last communication to you of February 8, 2023. I will be out of the country next week and am respectfully requesting an extension until February 29, 2023 to respond to Defendants' pre-motion letter. I have contacted Defendants' counsel, who has indicated that he consents to my request.

I thank you in advance for your time and consideration of this matter, and should your staff need to contact me, I can be reached at (914) 995-3637.

Respectfully submitted,

*/s/ Loren Zeitler*

Loren Zeitler
Senior Assistant County Attorney

cc: All Attorneys of Record (*via ECF*)