UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TEJASH SANCHALA, in his capacity as the
Executive Director of the Westchester County
Fair Housing Board, on behalf of the Residents
of Garth Essex,                                                                      ORDER
                        Plaintiff,
v.                                                                                              22-CV-07963-PMH

230 GARTH ROAD OWNERS, INC., et al.,

                        Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences, including the pre-motion conference scheduled for 3:00 p.m. today, are CANCELED.

Dated:  White Plains, New York
          March 29, 2023

                                                                            Philip M. Halpern
                                                                           United States District Judge